UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANAK FOUNDATION TRUST DATED MAY 27, 2011,<br><br>Plaintiff,<br><br>v.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 24-cv-01352-DMR<br><br>**ORDER TO SHOW CAUSE** |

On July 8, 2025, Defendants Landmark American Insurance Company, Ironshore Specialty Insurance Company, Steadfast Insurance Company, and Aspen Specialty Insurance Company (collectively, "Defendants") filed a motion to compel non-party David Rodriguez to attend his deposition and produce documents requested by the subpoena. [Docket No. 59.] According to the local court rules, Mr. Rodriguez should have filed any brief in opposition to Defendants' motion by July 22, 2025, and Defendants' reply was due July 29, 2025. *See* Civ. L.R. 7-3(a), (b). The court has not received an opposition or reply.

The court ORDERS Mr. Rodriguez to respond by **August 22, 2025** and explain his failure to respond to the motion. In addition, Mr. Rodriguez must simultaneously (1) file his opposition to the motion or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Mr. Rodriguez's late opposition. If Mr. Rodriguez does not respond by August 22, 2025, Defendants' motion may be granted.

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than August 29, 2025. The hearing on Defendants' motion is VACATED, and Defendants are ORDERED to promptly serve a copy of this order to show cause on Mr. Rodriguez and file a proof of service thereof.

1  If Mr. Rodriguez does not have counsel, the court refers him to the section "Representing
2  Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as
3  the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by
4  calling 415-782-8982 or emailing fedpro@sfbar.org.

6  **IT IS SO ORDERED.**
7  Dated: July 31, 2025

   Donna M. Ryu
   Chief Magistrate Judge