UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANAK FOUNDATION TRUST DATED MAY 27, 2011,<br><br>Plaintiff,<br><br>v.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 24-cv-01352-DMR<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL NONPARTY DAVID RODRIGUEZ TO ATTEND HIS DEPOSITION AND PRODUCE DOCUMENTS REQUESTED BY THE SUBPOENA**<br><br>Re: Dkt. No. 59 |

On July 8, 2025, Defendants Landmark American Insurance Company, Ironshore Specialty Insurance Company, Steadfast Insurance Company, and Aspen Specialty Insurance Company (collectively, "Defendants") filed a motion to compel non-party David Rodriguez to attend his deposition and produce documents requested by the subpoena. [Docket No. 59 (Mot.).] As Mr. Rodriguez did not timely file an opposition, the court issued an order to show cause directing him to explain his failure to respond to the motion and to simultaneously file an opposition or statement of non-opposition. [Docket No. 60 (OSC).] Mr. Rodriguez's response to the OSC was due August 22, 2025, and the court warned him that Defendants' motion may be granted if he did not timely respond. *See id.* at 1.

Mr. Rodriguez has not responded to the OSC. Accordingly, the court grants Defendants' motion. Mr. Rodriguez shall produce the documents requested by Defendants' March 29, 2025 subpoena within 14 days of this order and shall sit for a deposition within 28 days of this order, unless the parties mutually agree upon a different date.

No later than August 29, 2025, Defendants shall serve a copy of this order on Mr. Rodriguez by any means reasonably calculated to provide actual notice and file a proof of service thereof.

If Mr. Rodriguez does not have counsel, the court refers him to the section "Representing

Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Litigants may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: August 28, 2025

_____
Donna M. Ryu
Chief Magistrate Judge