Clifford R. Horner, Esq., State Bar No. 154353
Paymon Hifai, Esq., State Bar No. 306133
Email: chorner@hornerlawgroup.com
         phifai@hornerlawgroup.com
**HORNER LAW GROUP, PC**
800 S. Broadway., Suite 200
Walnut Creek, California 94596
Telephone:    (925) 943-6570; Facsimile:    (925) 943-6888

**Attorneys for Plaintiff,**
**NANAK FOUNDATION TRUST DATED MAY 27, 2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANAK FOUNDATION TRUST DATED MAY 27, 2011,<br>          Plaintiff,<br><br>   vs.<br><br>COMMERCIAL INDUSTRIAL BUILDING OWNER'S ALLIANCE (CIBA); LANDMARK AMERICAN INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; STEADFAST INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY and DOES 1 – 15.<br><br>          Defendants. | Case No. 4:24-cv-01352-DMR<br><br>**AMENDED JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND JURY TRIAL AND TO EXTEND DISCOVERY DEADLINES; DECLARATION OF PAYMON HIFAI, ESQ.; [PROPOSED] ORDER**<br><br>[Proposed] Order filed herewith<br><br>Complaint Filed:   August 14, 2023<br>Current Trial:      February 9, 2026 |

Plaintiff NANAK FOUNDATION TRUST DATED MAY 27, 2011 ("Plaintiff") and Defendants LANDMARK AMERICAN INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; STEADFAST INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY (the "Defendants") (Plaintiff and Defendants are collectively referred to herein as the "Parties"), by and through their undersigned counsel of record, hereby STIPULATE and AGREE as follows:

WHEREAS, on September 5, 2024, the Court issued its Case Management and Pretrial Order (Dkt. 42) setting trial and pre-trial dates;

///

///

---

HORNER LAW GROUP, PC
800 S. Broadway, Suite 200
Walnut Creek, California 94596

**JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND JURY TRIAL AND TO EXTEND AND DISCOVERY DEADLINES; DECLARATION OF PAYMON HIFAI, ESQ.; [PROPOSED] ORDER**

1  WHEREAS, on August 20, 2025, the Parties attended a Case Management Conference wherein Plaintiff's current counsel, Horner Law Group, P.C. ("HLG"), indicated that either Plaintiff would soon seek to substitute new counsel or existing counsel, Horner Law Group, P.C., would move to withdraw;

WHEREAS, the Court's August 20, 2025 Minute Order stated that "the parties shall file a jointly proposed request for extension of the case management schedule or shall submit competing proposals. Any request for extension must be accompanied by a declaration(s) demonstrating good cause." (Dkt. 63);

WHEREAS, on August 25, 2025, HLG filed its Motion to Withdraw as Attorney of Record for Plaintiff which is set for hearing on October 9, 2025; (*See* Dkt. 65);

WHEREAS, in its Motion to Withdraw, HLG alleges the following: 1) The attorney-client relationship that HLG has with Client, as well as the trust and confidence between both has fractured beyond repair, amounting to HLG's inability to effectively litigate this case and is a basis for the termination of the attorney-client relationship; 2) The breakdown of the attorney-client relationship now exists which is a ground for allowing attorney to withdraw; and 3) HLG can no longer represent client due to irreconcilable differences regarding litigation of this case and a breach of retention agreement. HLG further alleges that based on these circumstances, it is impossible and/or impractical for HLG to proceed in this matter, and given its anticipated withdrawal and the expected substitution of counsel, good cause exists to extend current deadlines to allow Plaintiff's new counsel adequate time to become familiar with the case and to participate meaningfully in its litigation.(See Declaration of Paymon Hifai, Esq. filed concurrently herewith.);

WHEREAS, HLG further alleges that given its anticipated withdrawal from this action and the expected substitution of counsel, good cause exists to extend the current deadlines to allow Plaintiff's replacement counsel sufficient time to become familiar with the case and to schedule and manage the outstanding matters accordingly – whereas, absent such a modification of the scheduling Order, Plaintiff will be prejudiced;

///

///

HORNER LAW GROUP, PC
800 S. Broadway, Suite 200
Walnut Creek, California 94596

JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND JURY TRIAL AND TO EXTEND AND DISCOVERY DEADLINES; DECLARATION OF PAYMON HIFAI, ESQ.; [PROPOSED] ORDER

WHEREAS, Defendants enter into this stipulation based on their understanding that (1) existing counsel filed the Motion to Withdraw in good faith and did not unreasonably delay in seeking to withdraw (which Defendants lack sufficient information to verify at this time), (2) Plaintiff has a duty promptly to make diligent efforts to retain new litigation counsel and will do so, and (3) neither Plaintiff nor its existing counsel will unreasonably obstruct discovery while Plaintiff seeks new counsel.  Based on this understanding, and reserving all rights, Defendants agree at this time that extending the current scheduling deadlines as a courtesy appears warranted under the circumstances in view of the Motion to Withdraw to allow Plaintiff time to retain new counsel and to permit completion of outstanding discovery, including noticed depositions ;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE, subject to the Court's approval, that the following case proceedings and deadlines be extended as follows:

|  | **Current Deadline (Dkt. 42)** | **Proposed Extended Deadline** |
|---|---|---|
| Close of non-expert discovery | 09/16/2025 | 11/11/2025 |
| Expert witness disclosure | 09/16/2026 | 11/11/2025 |
| Rebuttal expert disclosure | 09/30/2025 | 11/25/2025 |
| Close of expert discovery | 10/14/2025 | 12/17/2025 |
| Last day to hear dispositive motions | 11/13/2025 | 02/19/2026 |
| Last day to complete private mediation | 12/30/2025 | 04/10/2026 |
| Last day for counsel to meet and confer re pre-trial matters set forth in Dkt. 42, § 5.b. | 12/30/2025 | 04/10/2026 |
| Last day to file Joint Pretrial Statement with the materials set forth in Dkt. 42, § 5.c.(1), and to serve and file trial briefs, motions *in limine*, exhibits, and other materials specified in Dkt. 42, § 5.c.(2). | 01/09/2026 | 04/22/2026 |
| Last day to file and serve objections/oppositions to pre-trial filings. (Dkt. 42, § 5.d.) | 01/19/2026 | 05/04/2026 |
| Pretrial Conference | 01/28/2026 | 05/13/2026 |
| Jury Trial (10 days) | 02/09/2026 | 05/25/2026 |

**HORNER LAW GROUP, PC**
800 S. Broadway, Suite 200
Walnut Creek, California 94596

**JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND JURY TRIAL AND TO EXTEND AND DISCOVERY DEADLINES; DECLARATION OF PAYMON HIFAI, ESQ.; [PROPOSED] ORDER**

A [Proposed] Order is submitted herewith.

Respectfully submitted:

Date: September 4, 2025          **HORNER LAW GROUP, P.C.**


By:            /s/
_____
  Clifford R. Horner, Esq.
  Paymon Hifai, Esq.
  Attorneys for Plaintiff NANAK FOUNDATION
   TRUST DATED MAY  27, 2011

**LEWIS BRISBOIS**

Date: September 4, 2025


By:_:          /s/
_____
  Aaron T. Knapp, Esq.
  Attorneys for Defendants, Landmark American
   Insurance Company; Ironshore Specialty
   Insurance Company; Steadfast Insurance
   Company and Aspen Specialty Insurance
   Company

*Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that each of the other Signatories hereto have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.*

Date: September 4, 2025          By:            /s/

_____
Paymon Hifai
Attorney for Plaintiff

**JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND JURY TRIAL AND TO EXTEND AND DISCOVERY DEADLINES; DECLARATION OF PAYMON HIFAI, ESQ.; [PROPOSED] ORDER**

DECLARATION OF PAYMON HIFAI, ESQ. IN SUPPORT OF JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND JURY TRIAL AND TO EXTEND AND DISCOVERY DEADLINES; DECLARATION OF PAYMON HIFAI, ESQ.; [PROPOSED] ORDER

I, Paymon Hifai, declare as follows:

1. I am an attorney duly licensed and admitted to the State Bar of California and a Partner at the law firm of Horner Law Group, PC, attorneys of record for Plaintiff NANAK FOUNDATION TRUST DATED MAY 27, 2011 ("Plaintiff"), in the above-entitled action. I submit this Declaration in support of this Joint Stipulation to Continue Pre-Trial Conference and Jury Trial and to Extend Discovery Deadlines. I have personal knowledge of each of the facts set forth in this declaration, and could and would testify competently thereto, if called upon to do so, except as to those matters stated on information and belief.

2. In Horner Law Group, P.C.'s ("HLG") Motion to Withdraw as Counsel of Record for Plaintiff, HLG alleges the following: 1) The attorney-client relationship that HLG has with Client, as well as the trust and confidence between both has fractured beyond repair, amounting to HLG's inability to effectively litigate this case and is a basis for the termination of the attorney-client relationship; 2) The breakdown of the attorney-client relationship now exists which is a ground for allowing attorney to withdraw; and 3) HLG can no longer represent client due to irreconcilable differences regarding litigation of this case and a breach of retention agreement. Based on these circumstances, and given its anticipated withdrawal and the expected substitution of counsel, good cause exists to extend current deadlines to allow Plaintiff's new counsel adequate time to become familiar with the case and to participate meaningfully in its litigation.

3. Given HLG's anticipated withdrawal from this action and the expected substitution of counsel, good cause exists to extend the current deadlines to allow Plaintiff's replacement counsel sufficient time to become familiar with the case and to schedule and manage the outstanding matters accordingly – whereas, absent such a modification of the scheduling Order, Plaintiff will be prejudiced.

///

///

HORNER LAW GROUP, PC
800 S. Broadway, Suite 200
Walnut Creek, California 94596

JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND JURY TRIAL AND TO EXTEND AND DISCOVERY DEADLINES; DECLARATION OF PAYMON HIFAI, ESQ.; [PROPOSED] ORDER

4. I met and conferred with counsel for the Defendants, and the Parties agreed to extend current deadlines in view of the Motion to Withdraw to allow Plaintiff to retain new counsel and to permit completion of outstanding discovery, including noticed depositions..

5. The Parties therefore agreed to stipulate to the continuance of the pre-trial conference, trial date and discovery deadlines, subject to the Court's approval as outlined in this Stipulation based on the facts and circumstances alleged by HLG herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 4, 2025 at Walnut Creek, California.

_____
Paymon Hifai, Esq.

HORNER LAW GROUP, PC
800 S. Broadway, Suite 200
Walnut Creek, California 94596

**JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND JURY TRIAL AND TO EXTEND AND DISCOVERY DEADLINES; DECLARATION OF PAYMON HIFAI, ESQ.; [PROPOSED] ORDER**

# [~~PROPOSED~~] ORDER

The Court having reviewed the JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND JURY TRIAL AND TO EXTEND AND DISCOVERY DEADLINES ("Stipulation"), and having considered all other papers filed by the parties, finds as follows:

1. The Stipulation is GRANTED.

**NOW THEREFORE, IT IS ORDERED** that the following case proceedings and deadlines be extended as follows:

| | Current Deadline | Extended Deadline |
|---|---|---|
| Close of non-expert discovery | 09/16/2025 | 11/11/2025 |
| Expert witness disclosure | 09/16/2026 | 11/11/2025 |
| Rebuttal expert disclosure | 09/30/2025 | 11/25/2025 |
| Close of expert discovery | 10/14/2025 | 12/17/2025 |
| Last day to hear dispositive motions | 11/13/2025 | ~~02/19/2026~~ 3/12/26 |
| Last day to complete private mediation | 12/30/2025 | 04/10/2026 |
| Last day for counsel to meet and confer re pre-trial matters set forth in Dkt. 42, § 5.b | 12/30/2025 | ~~04/10/2026~~ 4/21/26 |
| Last day to file Joint Pretrial Statement with materials set forth in Dkt. 42, § 5.c.(1), and to serve and file trial briefs, motions *in limine*, exhibits, and other materials specified in Dkt. 42, § 5.c.(2). | 01/09/2026 | ~~04/22/2026~~ 5/1/26 |
| Last day to file and serve objections/oppositions to pre-trial filings. (Dkt. 42, § 5.d.) | 01/19/2026 | ~~05/04/2026~~ 5/11/26 |
| Pretrial Conference | 01/28/2026 | ~~05/13/2026~~ 5/20/26 |
| Jury Trial (10 days) | 02/09/2026 | ~~05/25/2026~~ 6/1/26 |

Dated: __September 5__, 2025

_____
Hon. Donna M. Ryu
Chief Magistrate Judge

HORNER LAW GROUP, PC
800 S. Broadway, Suite 200
Walnut Creek, California 94596

JOINT STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND JURY TRIAL AND TO EXTEND AND DISCOVERY DEADLINES; DECLARATION OF PAYMON HIFAI, ESQ.; [PROPOSED] ORDER