UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANAK FOUNDATION TRUST DATED MAY 27, 2011,<br><br>Plaintiff,<br><br>v.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 24-cv-01352-DMR<br><br>**ORDER TO SHOW CAUSE** |

On August 28, 2025, the court ordered the trustees of Plaintiff Nanak Foundation Trust Dated May 27, 2011, Gurcharn Virk and Dhian Virk (together, the "Trustees"), to appear personally at the October 9, 2025 hearing on Horner Law Group, P.C.'s ("HLG") motion to withdraw as Plaintiff's counsel. [Docket No. 67 (order); *see* Docket No. 65 (motion to withdraw); Docket No. 68 (proof of service of order).]

The Trustees were not present at the October 9, 2025 hearing. Plaintiff's counsel represented that the Trustees were aware of the court's order to personally appear and communicated to counsel that they were not going to appear. Accordingly, the court ORDERS the Trustees to show cause in writing and explain their intentional failure to appear in violation of a court order. The Trustees' response shall be filed no later than **October 24, 2025**. The Trustees are warned that failure to timely file a response will result in dismissal of this action without prejudice for failure to prosecute.

By October 13, 2025, HLG shall serve a copy of this order on Plaintiff and the Trustees and file a proof of service thereof.

//

//

//

**IT IS SO ORDERED.**

Dated: October 10, 2025

_____
Donna M. Ryu
Chief Magistrate Judge