PETER N. HADIARIS, SB#122590
E-Mail: peter@hadiaris.com
100 E Street, Suite 210
Santa Rosa, California 95404
Telephone: 415.694.0052

Attorney for Plaintiff NANAK FOUNDATION TRUST DATED MAY 27, 2011

LEWIS BRISBOIS BISGAARD & SMITH LLP
AARON T. KNAPP, SB#221289
E-Mail: Aaron.Knapp@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800 / Facsimile: 213.250.7900

Attorneys for Defendants LANDMARK AMERICAN INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; STEADFAST INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANAK FOUNDATION TRUST DATED MAY 27, 2011,<br><br>Plaintiffs,<br><br>vs.<br><br>LANDMARK AMERICAN INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 3:24-cv-01352-WHO<br>[Honorable Judge William H. Orrick]<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: August 14, 2023<br>Trial Date: October 5, 2026 |

Having reviewed and considered Plaintiff and Defendants' Stipulation & Joint Request for Order of Dismissal with Prejudice, the Court hereby **ORDERS** that Plaintiff's complaint is **DISMISSED** in its entirety **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: August 6, 2026_____________ ______________________________ ___________

HON. WILLIAM H. ORRICK
JUDGE, UNITED STATES DISTRICT COURT